# Third District Court of Appeal
## State of Florida

Opinion filed June 11, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-2300
Lower Tribunal No. 21-3654-CP-02
_____

**Donna D. Gnaegy,**
Appellant,

vs.

**Debra D. Morris,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Jose L. Fernandez, Judge.

Reiner & Reiner, P.A., and David P. Reiner, II, for appellant.

Wicker Smith O'Hara McCoy & Ford, P.A., and Jessica L. Gross and Nina N. Batista, for appellee.

Before FERNANDEZ, LOGUE and BOKOR, JJ.

PER CURIAM.

Affirmed.